Alan Dylan
312 W 5th Street unit 215
Los Angeles California 90013
Telephone No (424)225-0920
Pro-per

FILED
2011 JUL 29 PM 3: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ALAN DYLAN, an individual, | Case No.: CV11-5666- GHK(Ex) |
| Plaintiff, | Plaintiff |
| vs. | |
| ONEWEST BANK FSB, an unknown business entity; INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB, an unknown business entity; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR41, an unknown business entity; QUALITY LOAN SERVICE CORPORATION, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a suspended California Corporation and DOES 1 – 10, inclusive, | SHOW CAUSE WHY THIS COURT SHOULD NOT STAY OR DISMISS THIS ACTION PURSUANT TO *COLORADO RIVER.* |
| Defendants | |

MEMORANDUM OF POINTS AND AUTHORITIES

Factual and Procedural history

-1-
SHOW CAUSE WHY THIS COURT SHOULD NOT STAY OR DISMISS THIS ACTION PURSUANT TO *COLORADO RIVER*

On May 23, 2011 Plaintiff dismiss the above defendants and all cause of action in the State Court without prejudice (*case no* BC430725) and such dismiss was approve by the State Court Clerk. *See attachment A.*

On July 11, 2011 Plaintiff Alan Dylan filed a complaint against above defendants for several Federal and State laws.

On July 11, 2011 Plaintiff serve under the law each defendant the summons and complaint and waiting for respond.

ARGUMENT

I am the Plaintiff Alan Dylan in this case. I am asking the Hon. Judge George H King of this court not to stay or dismiss this action pursuant to *Colorado River*.

*The Colorado River doctrine allows federal courts to dismiss or stay an action "due to the presence of a concurrent state proceeding for reason of wise judicial administration."*

Further, the *Colorado River doctrine* does not apply in this action, because Plaintiff on May 23, 2011 dismisses the entire action of all parties and all cause of action in the State Court without prejudice and that allow Plaintiff to continue or starting a new complaint under the federal rules. *See attachment A.*

Conclusion

For the reason stated above, this court should not to stay or dismiss this action.

Dated: July 29, 2011

By *alandy* [signature]

Alan Dylan

Plaintiff in Pro-se

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

-3-

**SHOW CAUSE WHY THIS COURT SHOULD NOT STAY OR DISMISS THIS ACTION PURSUANT TO *COLORADO RIVER***

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Walid Salaheldin<br>312 w 5th street apt 215<br>Los Angeles, CA 90013<br>TELEPHONE NO.: 424-225-0920    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff in pro-per | FOR COURT USE ONLY<br><br>**ORIGINAL FILED**<br>MAY 23 2011<br>LOS ANGELES SUPERIOR COURT<br><br>REC'D<br>MAY 23 2011<br>FILING WINDOW |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: Stanley Mosk | |
| PLAINTIFF/PETITIONER: Walid Sidriel Salaheldin<br>DEFENDANT/RESPONDENT: Indymac Bank FSB, OneWest Bank FSB, et all... | |
| **REQUEST FOR DISMISSAL**<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle  ☐ Other<br>☐ Family Law   ☐ Eminent Domain<br>✓ Other *(specify)*: Contractual Fraud. | CASE NUMBER:<br>BC430725 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ✓ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name)*:                                    on *(date)*:
      (4) ☐ Cross-complaint filed by *(name)*:                                    on *(date)*:
      (5) ✓ Entire action of all parties and all causes of action
      (6) ☐ Other *(specify)*:*

2. *(Complete in all cases except family law cases.)*
      ☐ Court fees and costs were waived for a party in this case. *(This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).*

Date: 05/23/2011

Walid Sidriel Salaheldin                                              ▶ *(signature)*
(TYPE OR PRINT NAME OF ☐ ATTORNEY ✓ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
✓ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

3. **TO THE CLERK**: Consent to the above dismissal is hereby given.**

Date: 05/23/2011

Walid Sidriel Salaheldin                                              ▶ *(signature)*
(TYPE OR PRINT NAME OF ☐ ATTORNEY ✓ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
✓ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

*(To be completed by clerk)*
4. ✓ Dismissal entered as requested on *(date)*: 5/23/11
5. ☐ Dismissal entered on *(date)*:                        as to only *(name)*:
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

7. a. ☐ Attorney or party without attorney notified on *(date)*:
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 5/23/11            Clerk, by _____, Deputy

**John A. Clarke**

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Alan Dylan
312 W 5th Street unit 215
Los Angeles California 90013
Telephone No (424)225-0920
Pro-per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ALAN DYLAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK FSB, an unknown business entity; INDYMAC MORTGAGE SERVICES, A DIVISION OF ONEWEST BANK, FSB, an unknown business entity; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR41, an unknown business entity; QUALITY LOAN SERVICE CORPORATION, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a suspended California Corporation and DOES 1 – 10, inclusive,<br><br>Defendants | Case No.: CV11-05666-GHK-Ex<br><br>**Proof of Service** |

I, David Jimenez, declare as follows:

My address is 312 w 5th street unit 215 Los Angeles CA 90013, which is located in the county where the mailing described below took place.

On July 29, 2011, I served the document(s) described as:

-1-

- **SHOW CAUSE WHY THIS COURT SHOULD NOT STAY OR DISMISS THIS ACTION PURSUANT TO *COLORADO RIVER***

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles, California, addressed to:

For Defendants
OneWest Bank FSB , Indymac Mortgage Services a division of OneWest Bank
155 N Lake ave
Pasadena, CA 91101

Deutsche Bank National Company as Trustee and Mortgage Electronic Service Systems
6501 Irvine Center Drive ste 150
Irvine, CA 92618

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2011 at Los Angeles, California.

_____
David Jimenez