**FILED: 12/14/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Alan Dylan*, ) | CASE NO. CV 11-5666-GHK (CFEx) |
|  ) |  |
| Plaintiff, ) | JUDGMENT |
|  ) |  |
| v. ) |  |
|  ) |  |
| *OneWest Bank FSB, et al.*, ) |  |
|  ) |  |
| Defendants. ) |  |
| _____ ) |  |

Pursuant to the Court's December 6, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Alan Dylan's ("Plaintiff") claims against Defendants OneWest Bank FSB, IndyMac Mortgage Services, Deutsche Bank National Trust Company as Trustee Under Pooling and Servicing Agreement Dated as of December 1, 2006 Mortgage Pass-Through Certificates, Series 2006-AR41, and Quality Loan Service Corporation ("Defendants") are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 14, 2011

_____
GEORGE H. KING
United States District Judge